# LAW OFFICE OF GERALD R. VELARDE, P.C.
## 2531 Wyoming Blvd NE
## Albuquerque, NM  87112
## (505) 248-0050

James Daryl McKinnon	April 10, 2016
Suzette Ellen McKinnon	774-1
3209 N. Dustin
Farmington, NM  87401


Matter No. 774-1
Chapter 13 Bankruptcy


**Fees:**	Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/02/15 | GRV | Conference with client to discuss financial status and bankruptcy options; prepare initial means test | 1.55 | 348.75 |
| 11/23/15 | RB | Prepare letter to client re information and documents that must be produced by client to prepare chapter 13 case | 0.40 | 40.00 |
| 12/02/15 | RB | Conference with client to review information and documents produced by client to prepare chapter 13 case | 1.40 | 140.00 |
| 12/11/15 | RB | Review pay checks, tax returns & IRS debt to prepare CMI | 1.10 | 110.00 |
| 12/11/15 | RB | Prepare letter to client re schedules, statement of affairs & CMI for review and signatures | 0.40 | 40.00 |
| 12/16/15 | RB | Conference with client to review & revise schedules, Statement of Affairs & CMI | 0.95 | 95.00 |
| 12/16/15 | RB | Prepare letter to Attorney for creditor CBF re stopping garnishment | 0.25 | 25.00 |
| 12/18/15 | RB | Prepare letter to client re instructions for creditors meeting | 0.25 | 25.00 |
| 12/28/15 | RB | Prepare letter to client re forwarding information | 0.20 | 20.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | to client from mortgage Co. | | |
| 12/29/15 | GRV | Review and revise Schedules, Statement of Affairs and Means Test; prepare Plan; prepare Notice of Plan | 1.45 | 326.25 |
| 12/29/15 | RB | Prepare letter to client re Chapter 13 plan and Certificate regarding requirement to file taxes for review and signature | 0.20 | 20.00 |
| 12/29/15 | RB | Prepare Certificate regarding requirement to file tax returns | 0.30 | 30.00 |
| 12/30/15 | RB | Conference with client re questions on Chapter 13 plan | 0.30 | 30.00 |
| 12/31/15 | RB | Conference with client re questions on Student loans | 0.30 | 30.00 |
| 01/12/16 | RB | Prepare Confirmation Affidavit | 0.45 | 45.00 |
| 01/15/16 | RB | Prepare letter to client re forwarding information from mortgage co | 0.20 | 20.00 |
| 01/19/16 | RB | Prepare letter to client re Trustee business packet | 0.20 | 20.00 |
| 01/20/16 | RB | Prepare letter to creditor CBF re preference recovery | 0.30 | 30.00 |
| 01/22/16 | RB | Prepare letter to trustee re documents | 0.30 | 30.00 |
| 02/01/16 | GRV | Prepare Motion to Value Collateral of GM Financial; prepare Notice of Motion | 0.50 | 112.50 |
| 02/01/16 | GRV | Prepare Motion to Assume Contract with AT&T; prepare Notice of Motion | 0.50 | 112.50 |
| 02/04/16 | GRV | Travel to and from Farmington to attend creditors meeting with client; conference with client in preparation for creditors meeting; attend creditors meeting with clients; conference with clients at conclusion of creditors meeting re additional information and documents | 1.35 | 303.75 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/29/16 | GRV | Prepare Order on Motion to Assume Contract with AT&T | 0.25 | 56.25 |
| 02/29/16 | GRV | Prepare Order on Motion to Value Collateral of GM Financial | 0.30 | 67.50 |
| 03/07/16 | GRV | Review file in preparation for meeting with trustee | 1.20 | 270.00 |
| 03/07/16 | RB | Prepare Amended schedules H & I | 0.50 | 50.00 |
| 03/07/16 | RB | Prepare letter to client re Amended schedules for review and signature | 0.20 | 20.00 |
| 03/08/16 | GRV | Conference with Trustee re resolution of confirmation issues | 0.70 | 157.50 |
| 03/10/16 | GRV | Review file re removing mother from CMI and affect on Plan payment | 0.45 | 101.25 |
| 03/16/16 | GRV | Prepare for preliminary hearing on confirmation; attend preliminary hearing on confirmation | 0.95 | 213.75 |
| 03/16/16 | RB | Prepare letter to client re 2nd request for review and signature of amended schedules | 0.20 | 20.00 |
| 03/17/16 | RB | Prepare letter to client re final hearing on confirmation | 0.20 | 20.00 |
| 03/17/16 | RB | Conference with client re questions on amended schedules H & I and needing additional information | 0.25 | 25.00 |
| 03/22/16 | GRV | Review file in preparation for meeting with Trustee; prepare Order Confirming | 1.40 | 315.00 |
| 03/22/16 | RB | Prepare Notice of amendment with specification | 0.25 | 25.00 |
| 03/22/16 | RB | Filed amended schedules, Summary and Notice of Amendment with Specifications | 0.00 | No charge |
| 03/23/16 | GRV | Telephone conference with client re terms of order confirming plan | 0.30 | 67.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/29/16 | GRV | Conference with Trustee re resolution of confirmation issues | 0.65 | 146.25 |
| 04/05/16 | GRV | Revise order confirming to reflect agreement with counsel for GM Financial | 0.30 | 67.50 |
| 04/05/16 | GRV | Conference with Trustee re resolution of confirmation issues | 0.40 | 90.00 |
| 04/05/16 | RB | Prepare letter to client re terms of confirmed plan | 0.35 | 35.00 |
| 04/10/16 | GRV | Prepare Fee Application; prepare Notice of Fee Application | 0.80 | 180.00 |

Hours: 22.50
Total fees: $3,881.25

**Expenses:**

| Date | Atty | Description | Amount |
|---|---|---|---|
| 12/31/15 | GRV | Postage | 22.09 |
| 12/31/15 | GRV | Photocopies | 105.75 |
| 04/05/16 | GRV | Mileage reimbursement for travel to Farmington to attend creditors meeting | 32.40 |
| 04/10/16 | GRV | Photocopies | 93.00 |
| 04/10/16 | GRV | Postage | 38.54 |

Total expenses: $291.78

**Tax Summary**

Gross Receipts    7.1875% of $4,173.03    $299.94

**Billing Summary**

Previous balance           $0.00
Payments & adjustments      0.00
Current fees & expenses  4,173.03
Tax on current charges     299.94

**Total now due** $4,472.97